UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**CLINTON COUNTY,**

        Plaintiff,

vs.

**NETHERLANDS INSURANCE COMPANY,**

        Defendant.

**STIPULATION OF DISMISSAL**

Civil Action No. 8:19-cv-01421
TJM/CFH

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for all the parties hereto, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that this action is hereby dismissed in its entirety, with prejudice, with each party bearing its own costs and attorneys' fees.

DATED: January 2, 20 20

**SMITH, SOVIK, KENDRICK & SUGNET, P.C.**

By: _____
Brady J. O'Malley, Esq.
*Attorneys for Plaintiff, Clinton County*
250 South Clinton Street, Suite 600
Syracuse, New York 13202
Telephone: (315) 474-2911

DATED: Jan. 2, 20 20

**JAFFE & ASHER ~~LAW FIRM~~ LLP**

By: _____
Marshall T. Potashner, Esq.
*Attorneys for Defendant,
Netherlands Insurance Company*
600 Third Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 687-3000

SO ORDERED: 1/6/2020

_____
Thomas J. McAvoy
Senior, U.S. District Judge